IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                                    No. 4:07CR00126 JLH

ERIC WAYNE KELLEY

FINAL ORDER OF FORFEITURE

WHEREAS, on November 25, 2009, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following:

(1) One Venus computer (tower) Serial # 090388432;
(2) One V770 computer (tower) D-Link DWL-G520M;
(3) One Toshiba laptop computer satellite system unit, Serial # X4431290K;
(4) Linksys wireless network card, Serial # KBG5186877;
(5) Western Digital hard drive Model # WD400EB-75CPF0, serial # WMAATD865344;
(6) One Maxtor hard drive, Serial # B41VTYHH;
(7) One Maxtor hard drive, Serial # Y64LQE5E; and
(8) One Kodak Easy Share Digital Camera, serial # KCKDC44205748.

WHEREAS, the United States caused to be published on the forfeiture website, internet address of www.forfeiture.gov for thirty consecutive days beginning on December 10, 2009, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order. and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, U.S.C.§ 2253.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

(1) One Venus computer (tower) Serial # 090388432;
(2) One V770 computer (tower) D-Link DWL-G520M;
(3) One Toshiba laptop computer satellite system unit,  Serial # X4431290K;
(4) Linksys wireless network card, Serial # KBG5186877;
(5) Western Digital hard drive Model # WD400EB-75CPF0, serial # WMAATD865344;
(6) One Maxtor hard drive, Serial # B41VTYHH;
(7) One Maxtor hard drive, Serial # Y64LQE5E; and
(8) One Kodak Easy Share Digital Camera, serial # KCKDC44205748.

is hereby forfeited to the United States of America pursuant to Title 18, U.S.C.§ 2253.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest in all of the property set forth above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS SO ORDERED this 1st day of March, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE